Gordon Charles **SNYDER, Appellant**
(Defendant below),

v.

The **STATE of Wyoming, Appellee**
(Plaintiff below).

No. 3684.

Supreme Court of Wyoming.

Dec. 18, 1968.

Robert J. Oberst, Sheridan, for appellant.

James E. Barrett, Atty. Gen., Jack Speight, Asst. Atty. Gen., James N. Wolfe, Deputy County Atty., Cheyenne, for appellee.

Before HARNSBERGER, C. J., and GRAY, McINTYRE and PARKER, JJ.

PER CURIAM.

The defendant, Gordon Snyder, was convicted of the crime of grand larceny and appeals. The judgment and sentence below is affirmed by an equally divided court.